AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25-cv-11921-SKD-KGA

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* __The Corporation Company__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Ibiden__
__USA Corporation__ on *(date)* __7-2-25__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: __via Certified Mail / Return Receipt__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __7-15-25__

*Server's Signature* Teresa J. Gorman

*Printed Name and Title* Teresa J. Gorman, Atty for Plaintiff

*Server's address* PO Box 792, Troy MI 48099

Additional information regarding attempted service, etc.: